UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT

ERIC ANDREW PEREZ,

                            Plaintiff,

**17CV 6367**

Civil Action No. _____

Hon. _____

-V-

Lennox Hill Radiology, Complete Neurologic Care,
Fidelis Health Care, Unknown Agents & Confidential Informants,

                            Defendants.

_____

## COMPLAINT WITH JURY DEMAND

## BACKGROUND

The plaintiff brings this civil action after discovering that the MRI taken at Lennox Hill Radiology on 22 July, 2017 was not of his brain or cervical spine, but was illegally passed off as his MRI as part of an ongoing criminal conspiracy against the plaintiff. This complaint involves the deliberate obstruction of justice, tampering with evidence, conspiracy, treason, and sedition against the United States of America.

## PARTIES

1. Plaintiff, Eric Andrew Perez, is and was at all relevant hereto, a naturalized born citizen of the United States of America and an Honorably Discharged Marine residing in Richmond County, NY.

2. Defendant, Complete Neurologic Care, at all times relevant hereto, is the Radiological clinic pertaining tp this case.

3. Defendant, Complete Neurologic Care, at all times relevant hereto, are the physicians advising the plaintiff.

4. Defendant, Fidelis Health Care, at all times relevant hereto, is the health care provider of the plaintiff.

5. Defendant, Unknown Agents & Confidential Informants, at all times relevant hereto, are the orchestrators and engineers of this criminal conspiracy against the plaintiff.

### *JURISDICTION & VENUE*

6. This Court has jurisdiction over this action under 28 U.S.C. Sections 1331 and 1343(3) and (4). The matters in controversy arise under 42 U.S.C. Section 1983. 2. Venue properly lies in this District pursuant to 28 U.S.C. Section 1391(b)(2), because the events giving rise to this cause of action occurred within New York which lies within the Southern District of New York.

7. This civil action is also authorized by 42 U.S.C. Section 1983. Bivens v. Six Unknown Agents, FTCA 28 U.S.C. § 1346(b),

8. 18 U.S. Code § 1924 - Unauthorized removal and retention of classified documents or material

9. H.R.2985 - Confidential Informant Accountability Act of 2015

10. The Court has the jurisdiction to hear this case and this case is filed in federal court pursuant to Title 18 Section 241 for Conspiracy Against Rights by the named defendant against the named plaintiff in this case.

11. Provocateurs, patsies, informants and all other conspirators who conspired with Federal, State, and Local Law Enforcement.

12. Subversive Activities Act of 1950

13. RICO Act, 18 U.S.C.A. § 1964

14. Title VI of the Civil Rights Act of 1964,

15. Executive Order 12250, 13160, 13166

16. Privacy Act

17. 18 USC § 1505,

18. 18 USC § 241,

19. 18 USC § 1503,

20. 18 USC § 1510,

21. 18 USC § 1512,

22. 18 USC § 1513,

23. 18 USC § 1035,

24. 18 USC § 1518,

25. 18 USC § 1031,

26. 18 USC § 371,

27. 18 USC § 1001,

28. 10 USC § 1089,

29. 31 USC § 3729,

30. 42 USC § 18001,

31. 42 USC § 1320d-6

## STATEMENT OF CASE

32. The plaintiff visited the New York Presbyterian Emergency Room 170 William St, New York, NY 10038 on 3rd July, 2017 after suffering a dibilitating migraine headache.

33. Plaintiff received care from Dr. Tom Naparest division of Emergency Medicine New York Presbyterian Lower Manhattan Hospital, please see exhibit 1.

34. Plaintiff was administered an injnection of migraine medication.

35. Plaintiff was discharged, and sent home with instructions to follow up with the patient navigator for follow up care.

36 The plantiff was referred to Complete Neurological Care 20 Broadway, Suite 705 New York, NY 10007 for follow up care.

37. Plaintiff's first vist to Complete Neurological Care was on 12 July 2017, exhibit 2.

38. Plaintiff spoke to two foreign sounding doctors who identified themselves as neurologists.

39. Plaintiff received a battery of tests and was given another appointment of 26 July, 2017@ 4 pm.

40. Plaintiff was referred to Lennox Hill Radiology for an MRI of his head and cervical spine 19 July 2017, exhibit 3.

41. Plaintiff received a call on July 20th, 2017 from someone identifying themselves as an employee of Lennox Hill Radiology and scheduled the plaintiff for the MRI on Saturday 22 July, 2017 @ 12:30 @ 240 Madison Avenue 10016.

42. Plaintiff arrived at Lennox Hill Radiology at 11:30 am, and was greeted by an African American woman at the reception desk.

43. Plaintiff was instructed to go to the back where he would be administered the MRI.

44. Plaintiff received the MRI of his head and cervical spine.

45. The X-Ray technician was acting strangely and dressed in strange attire (wearing a shirt with sail boats printed on it).

46. The plaintiff was provided a disc of the MRI and told that the images contained on the disc were of the MRI of the plaintiff's head and cervical spine exhibit 4, and paperwork with instructions on how to

view the MRI results online, exhibit 5.

47. Plaintiff's next appointmet with Complete Neurological Care 26 July, 2017 @ 10:30 am.

48. Plaintiff, spoke with Marina Fay who stated that the MRI of the brain was normal.

49. Marina was not given access to the MRI or looking at the computer screen when she made that statement.

50. Dr. Marina stated that she wanted to schedule further tests on the plaintiff (MRA).

51. Plaintiff was scheduled for another appointment at Complete Neurological Care on 4 August, 2017 @ 4:00pm.

52. Plaintiff has declined to receive any further medical care from Dr. Fey.

## MRI ANALYSIS

52. The disc of the MRI that he received on 22 July, 2017 are not images of his brain or cervical spine.

53. Plaintiff is beimg denied access to the images of his MRI, exhibit 6 error message from Lennox Hill Radiology denying access to the MRI images.

54. Plaintiff examined the disc of images that he was provided on 22 July, 2017, and has determined that these images could not be his.

55. The person in the MRI images is not missing any teeth, the plaintiff is missing 1 tooth on the right side of his mouth and 2 teeth on the left side of his mouth.

56. The images on the disc, exhibit 6, contains those of a subject with a pointed nose, and slanted forehead with 0 teeth missing in his mouth.

57. The plaintiff has a round forehead and round nose.

## CONSPIRACY & OBSTRUCTION OF JUSTICE

58. Plaintiff's civil rights action 17-1518 in the US Court of Appeals for the second Circuit is being directly interfered with by this interference and farce.

59. Plaintiff has notified the Attorney General Southern District of this interfereance and obstruction by filing a civilian criminal complaint and delivering it in person 27 August, 2017 @ 11:30 to US Attorney

General Southern District. On St Andrew's Plaza New York, NY 10007.

60. Plaintiff has not received any response from the AG.

61. Plaintiff's obstruction and substitution of MRI images is due to the fact that the conspirators whom are tracking his civil rights cases and every move are attempting to discredit the plaintiff's claims in his lawsuit.

62. The conspirators are attempting to engineer and control the outcome of the lawsuit and control the evidence without informing or acknowledging the plaintiff of said evidence MRI images.

63. Conspirators are controling the evidence in order to have blackmail on the each other while totally ignoring and attempting to discredit the plaintiff's claims.

64. Several foreign services ie. Communist, French, English, Muslim, and other groups are involved in this conspiracy and are using the plaintiff as blackmail and at the center of an ever evolving conspiracy without acknowledging their is a conspiracy.

65. The effort and preparation that it would have taken to prepare a disc with another subject's MRI is irefutable evidence that there is a nefarious plot against the plaintiff.

66. There are well over a dozen persons known and unknown to the plaintiff assistig the orchestrators of this plot against the plaintiff.

67. Due to the felonious nature of the charges involved these conspirators many of whom are under the color of law are attempting to ignore and program indifference towards the plaintiff so they can keep receiving rewards such as pay, promotions, women, employment, and money gor their participation in this conspiracy.

68. Plaintiff has attempted to several corrective actions from Lenox Hill Radiology such as obtaining the X-Ray technician's name and calling the IT help Desk.

69. Lenox Hill Radiology has not been cooperative and has blocked me from obtaining the name of the X-Ray Technician.

70. The nature of these actions supports the plaintiff's claims.

71. The substitution of MRI images is one crime in a long series of crimes that these conspirators have perpetrated and gotten away with.

72. The lack of response from the AG is further evidence of the conspiracy against the plaintiff and proves the collussion and corruption of not only the Courts but of the Federal Agencies and law enforcement in general.

## RELIEF REQUESTED

A. Declaratory Relief:

1. Have the Attorney General's Office Southern District issue a statement with the reasons and explanation for why they have not responded to the plaintiff.

2. Have Lenox Hill Radiology issue a statement admitting their wrongdoing.

B. Corrective Actions:

1. Order a full investigation into the Plaintiff's Civilian Criminal Complaint.

2. Order Lenox Hill to take another MRI at no charge.

3. Order Lenox Hill to allow the plaintiff access to his MRI.

4. Order Fidelis Health Care to audit the billing from all the health care providers involved in the plaintiff's health care and correct any discrepencies.

C. Award Compensatory damages in the following amounts:

1. $250,000 dollars from Lenox Hill Radiology.

2. $100,000 dollars from Complete Neurology.

3. $50,000 from the unknown agents.

**WHEREFORE,** Eric Andrew Perez prays for judgment in his favor and damages in his favor against all defendants in an amount sufficient to compensate him for the pain and mental anguish suffered by him due to the deliberate indifference and intentional actions of the defendants, but in not less than 150,000 together with attorneys' fees, mail & postage, and other costs the plaintiff has incurred, and such additional relief as the Court may deem just and proper.

Respectfully Submitted,

Eric Andrew Perez
PO BOX 40965
Staten Island, NY 10304
347-820-2541

# EXHIBITS 1

# NewYork-Presbyterian
## Lower Manhattan Hospital
### 170 William Street, New York, NY 10038

Lower Manhattan Hospital
Inpatient
*212-312-5000*

EXITCARE® PATIENT INFORMATION

Patient Name: <u>ERIC PEREZ</u>
Attending Caregiver: <u>Naparst, Thomas</u>

# Migraine Headache

A migraine headache is very bad, throbbing pain on one or both sides of your head. Talk to your doctor about what things may bring on (*trigger*) your migraine headaches.



## HOME CARE

- Only take medicines as told by your doctor.
- Lie down in a dark, quiet room when you have a migraine.
- Keep a journal to find out if certain things bring on migraine headaches. For example, write down:
  - What you eat and drink.
  - How much sleep you get.
  - Any change to your diet or medicines.
- Lessen how much alcohol you drink.
- Quit smoking if you smoke.
- Get enough sleep.
- Lessen any stress in your life.
- Keep lights dim if bright lights bother you or make your migraines worse.

## GET HELP RIGHT AWAY IF:

- Your migraine becomes really bad.
- You have a fever.
- You have a stiff neck.
- You have trouble seeing.
- Your muscles are weak, or you lose muscle control.
- You lose your balance or have trouble walking.
- You feel like you will pass out (*faint*), or you pass out.
- You have really bad symptoms that are different than your first symptoms.

## MAKE SURE YOU:

- Understand these instructions.
- Will watch your condition.
- Will get help right away if you are not doing well or get worse.

Document Released: 9/26/2009 Document Revised: 3/11/2013 Document Reviewed: 8/25/2014
ExitCare® Patient Information ©2015 ExitCare, LLC. This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

*This information is brief and general. It should not be the only source of your information on this health care topic. It is not to be used or relied on for diagnosis or treatment. It does not take the place of instructions from your doctor. Talk to your health care providers before making a health care decision.* http://nyp.org/

**NewYork-Presbyterian**
The University Hospitals of Columbia and Cornell

## ED PATIENT DISCHARGE INSTRUCTIONS
### LMH Adult Emergency Department

| | | | |
|---|---|---|---|
| **Patient Name:** | PEREZ, ERIC | **MRN:** | 294 35 11 |
| | | **Visit Number:** | 000418750 906 |
| **Date of Birth:** | 27-Jun-1976 | **Visit Date and Time:** | 07/03/2017 13:43 |
| **ED Attending MD:** Naparst, Thomas | | **Discharge Date and Time:** | 07/03/2017 15:49 |

**Discharge Instructions Given:**

Migraine Headache, Easy-to-Read - 07/03/2017

**Follow-Up Instructions:**

**Special Instructions**   THE PATIENT NAVIGATOR WILL CALL YOU TO GET YOU INTO NEUROLOGY FOR MORE TREATMENT AND EVALUATION
TAKE MOTRIN 600 MG EVERY 6 HOURS IF YOU HAVE PAIN

**Return to Emergency Department for persistent, worsening, or new symptoms**

**Radiology:**

No major radiology tests were performed in this visit

**Procedures:**

No major procedures were performed in this visit

**Patient Signature:**

**I Have fully understood what was explained to me:**

X _____
   Patient or Guardian Signature
   PEREZ, ERIC

Signature acknowledges that Patient and/or Guardian has received this instructions and understands them. Patient and/or Guardian also understands that he/she should follow up with his/her primary care physician once discharged.

Requested: 07/03/2017   By: Naparst, Thomas (MD)

NewYork-Presbyterian
The University Hospitals of Columbia and Cornell

# ED PATIENT DISCHARGE INSTRUCTIONS

**Patient Name:**   PEREZ, ERIC

**Date of Birth:**   27-Jun-1976

**ED Attending MD:** Naparst, Thomas

**MRN:**   294 35 11
**Visit Number:**   000418750 906
**Visit Date and Time:**   07/03/2017 13:43
**Discharge Date and Time:** 07/03/2017 15:49

**Discharge Instructions**

• TO PATIENT:
THIS EXAMINATION AND TREATMENT WHICH YOU HAVE RECEIVED HAS BEEN ON AN EMERGENCY BASIS ONLY AND HAS NOT BEEN INTENDED TO BE A SUBSTITUTE OR REPLACEMENT FOR COMPLETE MEDICAL CARE. FOR YOUR PROTECTION AND TO PREVENT POSSIBLE COMPLICATIONS, IT IS SUGGESTED YOU FOLLOW THE RECOMMENDATIONS CHECKED BELOW.

X-RAYS
The interpretation of your X-rays and other radiological test at the time of your visit to the Emergency Department is a preliminary report. Radiological tests are reviewed before a final report is issued. You will be notified if there is a change in diagnosis. If your symptoms persist or worsen you should return to the Emergency Department. Additional studies may be necessary as some abnormalities become apparent at a later time.

Call 212-746-0595 Monday - Friday 10 to 6 for test results.

# EXHIBITS 2

# COMPLETE NEUROLOGIC & SPINE CARE
## GREATER NEW YORK NEUROLOGY

ELLEN EDGAR, M.D.                                      KIRTAN PATEL, M.D.

MAJA IRO, M.D.                                         BETTINA VERSTEIN, M.D.

## REGISTRATION FORMS                                  PLEASE PRINT CLEARLY

Date: **7-12-17**          Status: (Single) / Married/Widowed/Separated/Divorced

Last Name: **Perez**           First Name: **Eric**    **A**

Address: **PO Box 40965**                              Apt:

City: **Staten Island**    State: **NY**    Zip Code: **10304**

SSN: **066745012**        Date of Birth: **6-27-76**

                                          Cell: **347-820-2541**

Home #:

Work #:                                  Gender:  MALE / FEMALE  (MALE)

Email: **employment.perez.eric @**  Occupation: **Personal Trainer**
**gmail.com**

EMERGENCY CONTACT: (PHONE, NAME, RELATION)  **Will Perez 813 541 8843**

HOW DID YOU HEAR ABOUT US?  **NY Presbyterian**

Primary Insurance: **Fidelis**        Insurance ID#: **74325 7412-00**

Pharmacy Name: **None**               Phone #:

Pharmacy Address: **None**

## PRIMARY CARE PHYSICIAN INFORMATION

I also hereby consent to the disclosure of my health information for the following purpose:

To provide diagnosis and treatment clinicals to my primary care physician for continuation of care.

Signature                                              Date

Doctor's First and Last Name:

Address:

City:                                    State:         Zip:

Phone:                                   Fax:

**I don't consent to release of any information, tests or neurological procedures to anyone without express written consent. I don't have a primary doctor. I am not consenting to release of any info.**

**Eric Andrew Perez ,    Eric Andrew Perez**

# COMPLETE NEUROLOGIC & SPINE CARE

## GREATER NEW YORK NEUROLOGY

228 BROADWAY STE LL 708

234 MADISON AVE STE LL 804

### AUTHORIZATION

Authorization for Release of Medical Information: I hereby authorize Greater NY Neurology to release any medical or health care information that may be necessary for medical care and/or payment of medical and/or claims.

Signature: *Eric Andrew Perez*

Payment Policy: I understand that I am responsible for payment of professional services regardless of insurance are rendered. I understand that I am responsible for any amounts not covered by my insurance including deductible, co-payment, co-insurance, or other amounts imposed by my insurance company. I understand that under my insurance, managed care plans which are associated with the facility, physician, may bill insurance carriers. If you plan to pay by check and it is dishonored a processing fee of $35 will be charged.

Signature: *Eric Andrew Perez*

### MEDICARE PATIENTS ONLY

I authorize the treating physician at Greater NY Neurology to release to the Social Security Administration and Health Care Financing Administration or its intermediaries or carriers any information needed for this or related Medicare claim. I permit a copy of this authorization to be used in place of the original. I request payment of medical insurance benefits to Greater NY Neurology for services rendered.

Signature: *Eric Andrew Perez*

### MOTOR VEHICLE

I am certified that this is not related to a motor vehicle accident or a work related accident

Signature: *Eric Andrew Perez*

### PERMISSION FOR TREATMENT

I, *Eric Perez*, hereby authorize Greater NY Neurology or its representatives, to provide medical services, such as to conduct routine examinations, to perform diagnostic testing, to administer injections and provide treatments. Which may also include all pharmaceutical products (as deemed to provide to me child/(me) which is applicable) as may be deemed necessary now and on subsequent visit.

Signature: *Eric Andrew Perez*

Relation to child (if applicable) _____



# ELECTRONIC COMMUNICATION CONSENT

112-47 Queens Blvd. Suite 206
Forest Hills, NY 11375
(718) 264-4444

225 Broadway, Suite 205
New York, NY 10007
(212) 456-4204

5th North Central Ave. Suite B
Valley Stream, NY 11580
(516) 280-0958

274 Madison Ave, Suite 205
New York, NY 10016
(646) 844-1888

The following summarizes the information you need to determine whether you wish to receive the information you requested via electronic communication transmitted from my medical office.

**General Considerations**
- Email communication will be considered and treated with the same degree of privacy and confidentiality as written medical records.
- The email(s) we send you follows all HIPPA rules and requirements and transmits from our office in a secure manner. However, those receive email through unsecured email services, as well as other similar email services, are subject to possible email interception by unauthorized individuals
- Text(sms) are only sent to remind patience of appointments
- Copies of emails sent and received from and to you could be incorporated into your local record
- Email messages should not be used for emergencies or time-sensitive situations. In the event of a medical emergency, you should immediately call 911. For emergent of time sensitive situations, you should contact the office by the phone number listed above.
- Despite reasonable efforts to protect the privacy and security of electronic communication, it is not possible to complete secure the information

I have read and understood the above description of the risks and responsibilities associated with electronic communication with my physician.

I acknowledge that commonly used email services are not secure and fall outside the security requirements set forth by the Health Insurance Portability and Accountability Act for the transmission of protected health information (HIPPA).

In consideration of my desire to use electronic communication as an adjunct to in-person office visits with my physician staff, I hereby consent to use electronic communication as an adjunct to in-person office visits with my physician staff, and I hereby consent to electronic communication via non-secure email services.

I understand that I may revoke my consent to communicate electronically at any time by notifying Complete Neurological Care in writing at the addresses above, but if I do, the revocation will not have an effect on actions my provider or team has already taken in reliance on my consent.

I agree and release my provider and practice from any and all liability that may occur due to electronic communication over a non-secure network.

I further agree to be held accountable and to comply with the patient responsibilities as outlined in this consent.

**By initialing the following, I acknowledge I have read and understood this notice and:**

_____ I authorize electronic communications between myself and Complex Neurological Care Doctors/staff with regards to my child/children.

**Patients Mobile number:**_____
**Authorized email address (print very clearly):**_____
**Patients name:**_____
**Parent Signature:**_____

Date:_____

*※ I do not wish to receive electronic communications with this office ※   Eric Andrew Perez*

*Eric Andrew Perez*

SleepMed

SLEEPMED ARES Questionnaire ®

PRINT IN CAPITAL LETTERS - STAY WITHIN THE BOX All Fields Required unless otherwise specified

| Tally ARES Risk Points |
|---|

Last Name: **Perez**   First Name: **Eric**   Middle Initial: **A**   Gender: Male ✓ / Female

Date of Birth: Month **06** Day **27** Year **1976**   Weight (Pounds) **180**   Height Feet **5** Inches **10**   Neck Size (Inches)

I.D. Number (optional)

## COMPLETELY FILL IN ONE SQUARE FOR EACH QUESTION - ANSWER ALL QUESTIONS

**Have you been diagnosed or treated for any of the following conditions?**

| | | | | | |
|---|---|---|---|---|---|
| High blood pressure | Yes | No ✗ | Stroke | Yes | No ✗ |
| Heart disease | Yes | No ✗ | Depression | Yes | No ✗ |
| Diabetes | Yes | No ✗ | Sleep Apnea | Yes | No ✗ |
| Lung disease | Yes | No ✗ | Nasal oxygen use | Yes | No ✗ |
| Insomnia | Yes | No ✗ | Restless legs syndrome | Yes | No ✗ |
| Narcolepsy | Yes | No ✗ | Morning Headaches | Yes ✗ | No ✗ |
| Sleep Medication | Yes | No ✗ | Pain Medication e.g. vicodin, oxycontin | Yes | No |

Co-morbidities +1 for each Yes response
Score: [ ]

Do not assign any points for these eight responses

**Epworth Sleepiness Scale:** How likely are you to doze off or fall asleep in the following situations, in contrast to just feeling tired? This refers to your usual way of life in recent times. Even if you have not done some of these things recently, try to work out how they would have affected you. Use the following scale to mark the most appropriate box for each situation. (from Johns, Sleep 1991)

0 = would never doze   1 = slight chance of dozing
2 = moderate chance of dozing   3 = high chance of dozing

Epworth Score: Total the values from the 8 responses.
Score: [ ]

| | 0 | 1 | 2 | 3 |
|---|---|---|---|---|
| Sitting and reading | | ✗ | | |
| Watching TV | | ✗ | | |
| Sitting, inactive, in a public place (theater, meeting, etc) | ✗ | | | |
| As a passenger in a car for an hour without a break | ✗ | | | |
| Lying down to rest in the afternoon when circumstances permit | | ✗ | | |
| Sitting and talking to someone | ✗ | | | |
| Sitting quietly after lunch without alcohol | ✗ | | | |
| In a car, while stopped for a few minutes in traffic | ✗ | | | |

**Frequency** (Check one for each question): Never **+0**, Rarely **+1** times/wk, Sometimes **+2** times/wk, Frequently **+3** times/wk, Almost Always **+4** times/wk.

On average in the past month, how often have you snored or been told that you snored?
Never +0   Rarely +1 ✗   Sometimes +2   Frequently +3   Almost always +4

Do you wake up choking or gasping?
Never +0 ✗   Rarely +1   Sometimes +2   Frequently +3   Almost always +4

Have you been told that you stop breathing in your sleep or wake up choking or gasping?
Never +0 ✗   Rarely +1   Sometimes +2   Frequently +3   Almost always +4

Do you have problems keeping your legs still at night or need to move them to feel comfortable?
Never ✗   Rarely   Sometimes   Frequently   Almost always

Assign points for each of the first three responses

Point Total: [ ]

Signature: **Eric Andrew Perez**   Date: **2-11-17**   Phone Number: **347-820-2541**

I have personally completed this questionnaire.

© SLEEPMED 2014

**Epworth Sleepiness Scale:** If points total =3 or lower (no risk) 4 or 5 (low risk), 6 to 10 (high) and 11 or more (very high risk)

SM - 0073 Rev 03

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA

(This form has been approved by the New York State Department of Health)

Patient Name:
**Eric Perez**

Patient Address:
**B00 40960  SI, NY 10304**

Date of Birth:
**6·27·76**

Medical Record Number:

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described above includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may disclose or receive my HIV-related information, and that I may contact the New York State Department of Health for more information. I understand that for certain information the recipient may be subject to federal and state laws or regulations that protect against unauthorized redisclosure of HIV-related information, alcohol or drug treatment, or mental health information. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission on Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEMS 9(b).**

7. Name and address of health care provider or entity to release this information:

8. Name and address of person(s) or category of person to whom this information will be sent:
**225 BROADWAY SUITE 706 NEW YORK NY 10007**   PHONE (212) 349-2787   FAX (212) 349-2789

9(a). Specific information to be released:
   Medical Record from _____ to _____
   **9. Entire Medical Record**, including diagnosis, treatment, and billing records, and records relating to any medical care, treatment or condition.
   Other: _____

   Include: (indicate by initialing)
   ____ Alcohol/Drug Treatment
   ____ Mental Health Information
   ____ HIV-Related Information
   ____ Genetic Testing

Authorization to Discuss Health Information

(b) ___ By initialing here _____ I authorize _____

to discuss my health information with my attorney, or governmental agency listed here _____

10. Reason for release of information:
   ___ At request of individual
   ___ Other: _____

11. Date or event on which this authorization will expire: _____

12. If not the patient, name of person signing form: _____

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of this form.

Signature of patient or representative authorized by law: _____

*I do not consent to the release of any*
*medical information to any agency, Dr., gov't or non-*
*gov't entity, private corporation or anyone without*
*my express written consent and notification → Nothing at all*
*Eric Andrew Perez      Eric Andrew Perez*

# EXHIBITS 3

*Please bring this form, your insurance card and a photo id with you on the day of your exam.*
**See reverse for locations.**



# LHR
## LENOX HILL RADIOLOGY

Manhattan
Brooklyn
Queens
Bronx
Long Island

**Location:**

**Precert/Ref #'s:**

**Appt. Date/Time:**

/          /          am/pm

**T: 212-772-3111 • F: 212-734-5832**
**www.lenoxhillradiology.com**

Patient Name: _Perez Elic_           Date: _7/19/17_

Complete Neurological Care
225 Broadway, Suite 705
New York, NY 10007

Date of Birth: _6/27/76_   Contact #: _____

Referring Physician: _Marina Fox_   Address: (212) 349-2787

Reason for Exam: _See Attached_

☐ STAT Report
☐ Images on CD   ☐ Films
☐ Key Images
☐ Patient to return with films
☐ CC Report to: _____

**Specific Requests:** _____

## X-RAYS
☐ Chest
☐ PA ☐ PA/LAT ☐ Other
☐ Abdomen
☐ Flat ☐ Erect ☐ Decub
☐ Pelvic AP
☐ Ribs ☐ R ☐ L
☐ Head
☐ Skull ☐ Sinus ☐ Orbits
☐ Facial Bones
☐ Nasal Bones ☐ Mandible
☐ Cervical Spine
☐ 2 Views ☐ Obliques
☐ Flex/Ext
☐ Thoracic
☐ Lumbar Spine
☐ Obliques ☐ Flex/Ext
☐ AP + Lateral
☐ Scoliosis Series
☐ AC Joints
☐ Clavicle ☐ R ☐ L
☐ Scapula ☐ R ☐ L
☐ Shoulder ☐ R ☐ L
☐ Humerus ☐ R ☐ L
☐ Elbow ☐ R ☐ L
☐ Forearm ☐ R ☐ L
☐ Wrist ☐ R ☐ L
☐ Hand ☐ R ☐ L
☐ Finger _____
☐ Hip ☐ R ☐ L
☐ Femur ☐ R ☐ L
☐ Knee ☐ R ☐ L
☐ Hip to Ankle weight bearing
(for mechanical axis) ☐ R ☐ L
☐ Leg Tib/Fib ☐ R ☐ L
☐ Ankle ☐ R ☐ L
☐ Foot ☐ R ☐ L
☐ Toe _____
☐ Other _____

## FLUOROSCOPY
☐ Hysterosalpingogram
☐ Esophagram
☐ Upper GI
☐ Small Bowel Series
☐ Barium Enema
☐ Therapeutic Inj. ☐ R ☐ L
(body Part) _____

## MR ANGIOGRAPHY
(Contrast as indicated)
☐ Intracranial (Brain)
☐ Extracranial (Neck)
☐ Thoracic Aorta
☐ Abdomen (Abdominal Aorta/
SMA/Renal/Celiac Axis)
☐ Pelvis
☐ Runoff
☐ MRV

## MRI
☐ W/O Contrast
☐ W/ and W/O Contrast
☐ Brain
☐ NeuroQuant/3D Volumetric
☐ Pituitary
☐ Orbits
☐ IAC's
☐ TMJ's
☐ Neck
☐ Chest
☐ Cervical Spine
☐ Thoracic Spine
☐ Lumbar Spine
☐ Sacrum and Coccyx
☐ Sacroiliac Joints
☐ MR Neurography
Site/Nerve:
☐ Brachial plexus ☐ R ☐ L
☐ Lumbosacral plexus
☐ Breast (Bilateral) w/CAD
☐ Abdomen
☐ MRCP
☐ Enterography (Abd/Pelv)
☐ Fetal
☐ Pelvis
☐ Prostate w/CAD
☐ Prostate Biopsy
☐ Urography
☐ Bony Pelvis
☐ Shoulder ☐ R ☐ L
☐ Pectoralis Major ☐ R ☐ L
☐ Elbow ☐ R ☐ L
☐ Wrist ☐ R ☐ L
☐ Hand ☐ R ☐ L
☐ Finger _____
☐ Upper Ext other: _____
☐ Hip ☐ R ☐ L
☐ Knee ☐ R ☐ L
☐ Knee Smith & Nephew ☐ R ☐ L
☐ Ankle/Hindfoot ☐ R ☐ L
☐ Achilles ☐ R ☐ L
☐ Forefoot ☐ Midfoot
☐ Lower Extremity ☐ R ☐ L
Specify: _____
☐ MRI Arthrogram ☐ R ☐ L
Specify Joint: _____

## MRI - CARDIAC
(Contrast as indicated)
☐ Morphology & Function
☐ with stress imaging

## CT
☐ W/O Contrast
☐ W/ and W/O Contrast
(3D Recon as indicated)
☐ Brain
☐ Sinuses ☐ BrainLAB ☐ VTI
☐ Landmark ☐ Medtronic
☐ 4D Parathyroid
☐ Orbits
☐ Dental Scan
☐ Temporal Bones
☐ Neck
☐ Chest ☐ Low-Dose
☐ Coronary Calcium (Heart Screening)
☐ CT Guided Biopsy _____
☐ Abdomen _____
☐ Liver/Pancreas protocol
☐ CT Enterography (Abd/Pelv)
☐ CT Virtual Colonoscopy
☐ Hematuria/Urogram
☐ Renal Mass
☐ Renal Stone (no contrast)
☐ Pelvis _____
☐ SPINE
☐ C-Sp ☐ T-Sp ☐ L-Sp
☐ Myelography
☐ C-Sp ☐ T-Sp ☐ L-Sp
☐ Shoulder ☐ R ☐ L
☐ Patellar Tracking
☐ CT Arthrogram ☐ R ☐ L
☐ Musculoskeletal ☐ R ☐ L
Specify:
☐ Hip ☐ w/MAKOplasty
☐ Knee ☐ w/MAKOplasty
☐ Scanogram (for leg length)

## CT ANGIOGRAPHY
(Contrast as indicated)
☐ CT Angio Chest (PE Protocol)
☐ Brain
☐ Neck/Carotid
☐ Coronary Arteries/Heart
☐ Chest & Abdomen/Dissection
☐ Abdominal Aorta
☐ Renal Artery
☐ Runoff Study

## PET/CT
**I.V. Contrast**
☐ WITH
☐ Skull Base to Thighs
☐ Melanoma
☐ Brain
☐ Bone PET/CT, NaF18

## NUCLEAR MEDICINE
☐ Brain Spect - DATscan
☐ Whole Body Bone Scan
☐ 3 Phase Bone Scan
Site: _____
☐ Gallium Scan
☐ Renal Flow & Scan
☐ Renal Flow & Scan w/Lasix
☐ Renal Flow & Scan w/Captopril
☐ Hida
☐ Hida with Ejection Fraction
☐ Thyroid-123I Uptake & Scan
☐ Parathyroid Sestamibi Scan
☐ SPECT
☐ Other - Specify:

## BONE DENSITOMETRY
☐ DEXA w/vertebral
fracture assessment

## ULTRASOUND BIOPSIES
☐ Thyroid FNAB ☐ R ☐ L
☐ Lymph Nodes FNAB ☐ R ☐ L
☐ Other - Specify:

## WOMEN'S IMAGING & BREAST IMAGING
**Digital Mammography**
*3D Breast Tomo if needed*
☐ Screening
☐ Diagnostic (Comprehensive)
☐ Breast Ultrasound (if indicated)
☐ Mammography & Ultrasound
(if indicated)
☐ Breast MRI (give indication below)
☐ Notes: _____
*see reverse for 3D/Tomo locations*

**Breast Biopsies**
☐ Ultrasound Core Biopsy
☐ MRI Core Biopsy
☐ Fine Needle Aspiration
☐ Stereotactic Core Biopsy
☐ Post Biopsy Clip Placement
☐ Wire Localization
Right Breast   Left Breast

☐ Hysterosalpingogram
☐ Hysterosonogram
☐ Pelvic MRI

## ULTRASOUND
Exams are performed with duplex
doppler where clinically indicated
☐ Carotid Doppler
☐ Thyroid
☐ Soft Tissue Neck
☐ Abdomen
☐ Abdomen Single Organ (RUQ)
☐ Aorta Screening
☐ Hepatic Vessels
☐ Renal
☐ Bladder
☐ Hysterosonogram
☐ Pelvic-transabdominal only
☐ Hernia
☐ Transvaginal only
☐ Pelvic Combined (transabdominal)
☐ Obstetrical LMP: __/__/__
☐ Testicular/Scrotal
☐ Venous Doppler Upr Ext (A)
☐ R ☐ L ☐ B
☐ Venous Doppler Lwr Ext (L)
☐ R ☐ L ☐ B
☐ Musculoskeletal ☐ R ☐ L
☐ Diagnostic Body Part

☐ Therapeutic Inj Body Part
☐ Tendon Fenestr...

# EXHIBITS 4



# EXHIBITS 5

 

**CONNECT**
Access your reports and images online.

**LHR**
LENOX HILL RADIOLOGY

Manhattan
Brooklyn
Queens
Bronx
Long Island

# Go to: www.LenoxHillRadiology.com

**Enter the I-Code shown below.**

| S50H | 84MA | 8MAM | 648M |

**ERI***** PER***** for visit on Saturday, July 22, 2017:**

You will be required to answer security questions to verify your identity.
This I-Code will expire on **Monday, August 21, 2017.**

**Reports and images will not be immediately available on the portal. Report availability times vary by center and by procedure. At a minimum, reports will not be available for 5 business days from your appointment date. Log into the portal to see an estimated date of when your report will be available.**

All radiologic results communicated on the patient portal are between the interpreting radiologist and the referring healthcare provider. You should review these results only in consultation with your healthcare provider.
If appropriate, please schedule a follow-up appointment with your healthcare provider to review results.

## Instructions for use:
1. Use your computer's internet browser to go to: **www.LenoxHillRadiology.com**
2. Click on the PATIENT PORTAL button or link found on the Home Page.
3. On the portal Log-in Page, enter the I-Code shown above on this form. Click the NEXT button.
4. Verify your identity by answering the security questions. Click the NEXT button.
5. View your visit summary and exam results as they become available.

NOTE: You can view your entire exam history when you log into your account. If you do not have an account, click the CREATE ACCOUNT button on the Log-in Page.


Schedule your next appointment online!

© 2016. All Rights Reserved
Unauthorized use is strictly prohibited.

Lenox Hill Radiology

# EXHIBITS 6

# Sorry, an error occurred while processing your request.

## Debugger output (only visible to devs)

System.Reflection.TargetInvocationException: Exception has been thrown by the target of an invocation. ---> System.Data.SqlClient.SqlException: Conversion failed when converting the varchar value '1019026800,1019026800' to data type int. at System.Data.SqlClient.SqlConnection.OnError(SqlException exception, Boolean breakConnection, Action`1 wrapCloseInAction) at System.Data.SqlClient.TdsParser.ThrowExceptionAndWarning(TdsParserStateObject stateObj, Boolean callerHasConnectionLock, Boolean asyncClose) at System.Data.SqlClient.TdsParser.TryRun(RunBehavior runBehavior, SqlCommand cmdHandler, SqlDataReader dataStream, BulkCopySimpleResultSet bulkCopyHandler, TdsParserStateObject stateObj, Boolean& dataReady) at System.Data.SqlClient.SqlDataReader.TryHasMoreRows(Boolean& moreRows) at System.Data.SqlClient.SqlDataReader.TryReadInternal(Boolean setTimeout, Boolean& more) at System.Data.SqlClient.SqlDataReader.Read() at System.Data.Common.DataAdapter.FillLoadDataRow(SchemaMapping mapping) at System.Data.Common.DataAdapter.FillFromReader(DataSet dataset, DataTable datatable, String srcTable, DataReaderContainer dataReader, Int32 startRecord, Int32 maxRecords, DataColumn parentChapterColumn, Object parentChapterValue) at System.Data.Common.DataAdapter.Fill(DataTable[] dataTables, IDataReader dataReader, Int32 startRecord, Int32 maxRecords) at System.Data.DataSet.Load(IDataReader reader, LoadOption loadOption, FillErrorEventHandler errorHandler, DataTable[] tables) at WCFService.DataAccess.PortalManager.GetPatientFolderData(String aCommandText, List`1 aParameters) in C:\TeamCity\buildAgent\work\da85c6445bdf8c20\source\WCFService (WCFService\DataAccess\PortalManager.cs:line 1265 --- End of inner exception stack trace --- at System.RuntimeMethodHandle.InvokeMethod(Object target, Object[] arguments, Signature sig, Boolean constructor) at System.Reflection.RuntimeMethodInfo.UnsafeInvokeInternal(Object obj, Object[] parameters, Object[] arguments) at System.Reflection.RuntimeMethodInfo.Invoke(Object obj, BindingFlags invokeAttr, Binder binder, Object[] parameters, CultureInfo culture) at WCFService.Invoker.Execute(MainAction aAction, AManager aManager, String aMethodName, Object[] aArgs) in C:\TeamCity\buildAgent\work\da85c6445bdf8c20\source\WCFService\Invoker.cs:line 90 at WCFService.ServiceImplementation.StudyService.GetExamListByKeys[Int32] aParderKeys, Int32[] aOrderKeys, Int32[] aStudyKeys, String aDesiredStatus, String aWhereClause, String aOrderby, String aClientApplicationCode) in C:\TeamCity\buildAgent\work\da85c6445bdf8c20\source\WCFService\ServiceImplementation\StudyService.cs:line 6927 at ConnectPortal.Services.StudyServiceReference.GetExamListByKeys[Int32] aParderKeys, Int32[] aOrderKeys, Int32[] aStudyKeys, Int32[] aDesiredStatus) in C:\TeamCity\buildAgent\work\da85c6445bdf8c20\source\WCFService\ServiceReference.cs:line 240 at ConnectPortal.Services.StudyServiceReference.GetExamListByKeys[Int32] aParderKeys, Int32[] aOrderKeys, Int32[] aStudyKeys, Int32[] aPatientKeys, String aDesiredStatus) in C:\TeamCity\buildAgent\work\da85c6445bdf8c20\PortalCommon\Services\StudyServiceReference.cs:line 232 at ConnectPortal.Helpers.LoginHelper.Verify_iCode(ICodeLogin aiCode) in C:\TeamCity\buildAgent\work\da85c6445bdf8c20\Patient_Portal_Gen2\Patient_Portal\Helpers\LoginHelperPartial.cs:line 48 at Patient_Portal.Controllers.AuthenticationAccount_ICodeLogin(ICodeLogin aiCodeLogin) in C:\TeamCity\buildAgent\work\da85c6445bdf8c20\Patient_Portal_Gen2\Patient_Portal\Controllers\AuthenticationController.cs:line 111 at lambda_method(Closure , ControllerBase , Object[] ) at System.Web.Mvc.ReflectedActionDescriptor.Execute(ControllerContext controllerContext, IDictionary`2 parameters) at System.Web.Mvc.ControllerActionInvoker.InvokeActionMethod(ControllerContext controllerContext, ActionDescriptor actionDescriptor, IDictionary`2 parameters) at System.Web.Mvc.Async.AsyncControllerActionInvoker.<BeginInvokeSynchronousActionMethod>b__39(IAsyncResult asyncResult, ActionInvocation innerInvokeState) at System.Web.Mvc.Async.AsyncResultWrapper.WrappedAsyncResult`2.CallEndDelegate(IAsyncResult asyncResult) at System.Web.Mvc.Async.AsyncControllerActionInvoker.<BeginInvokeActionMethodWithFilters>c__DisplayClass46.<InvokeActionMethodFilterAsynchronouslyRecursive>b__3f() at System.Web.Mvc.Async.AsyncControllerActionInvoker.<BeginInvokeActionMethodWithFilters>c__DisplayClass46.<InvokeActionMethodFilterAsynchronouslyRecursive>b__3f() at

## **ADDRESSES DEFENDANTS**

Lenox Hill Radilogy - 100 E 77th St, New York, NY 10075
Complete Neurological Care – 225 Broadway Suite 705 New York, NY 10007
Fidelis Care 95-25 Queens Boulevard Rego Park, NY 11374
Unknown Agents – Department of Justice 86 Chambers St, New York, NY 10007